PS 8
(8/88)

# United States District Court
## for
## Western District of Tennessee



**U.S.A. vs. Parrish Transou, Jr.**                                   **Docket No. 04-10094-01**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Carolyn W. Moore PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable Tu M. Pham sitting in the court at Memphis, Tennessee, on the 29 day of October, 2004 under the following conditions:

1. Report to Pretrial Services as directed.
2. Refrain from possessing a firearm, destructive device or other dangerous weapon.
3. Refrain from any use or unlawful possession of narcotic drugs or other controlled substance unless prescribed by a licensed medical practitioner.
4. Participate in a program of inpatient or outpatient substance abuse treatment if deemed advisable by the supervising officer.
5. Submit to any method of testing required by Pretrial Services for determining whether the defendant is using a prohibited substance.
6. Maintain or actively seek employment.
7. Residence and travel restricted to the Western District of Tennessee without prior approval from Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

As previously reported to Your Honor by telephone and in a memo dated 08-29-05, Parrish Transou, Jr. had been charged in four new incidents from 05-22-05 until 07-22-05. With the exception of one charge, Use of Stolen License Plate, all of the defendant's new charges were traffic related.

Pretrial Services was notified, and has confirmed, that Mr. Transou was arrested by the Jackson Police Department again on 09-14-05. He was charged with Evading Arrest, No Driver's License, Driving on a Suspended License, No Proof of Insurance and Resisting Stop, Halt and Frisk. He posted a $3000.00 bond and was released from custody the same date.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for the defendant's arrest so that he can be brought before the Court to show cause as to why his bond should not be revoked.

ORDER OF COURT

Considered and ordered this 15th day of September, 2005 and ordered files and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

Respectfully,

_____
U.S. Pretrial Services Officer-In-Charge

Place      Jackson, Tennessee

Date       September 15, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9/16/05

26

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __TENNESSEE__

UNITED STATES OF AMERICA

V.

PARRISH TRANSOU, JR.

**WARRANT FOR ARREST**

Case Number: 04-10094-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __PARRISH TRANSOU, JR.__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Pretrial Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)
Violation of Conditions of Pretrial Release

in violation of Title _____ United States Code, Section(s) _____

Thomas M. Gould
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

_C. Herd_
Signature of Issuing Officer

9/16/2005   Jackson, Tennessee
Date and Location

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __PARRISH TRANSOU, JR.__

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 1:04-CR-10094 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT