IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                             Case No. 1:04cr10094-01

PARRISH LEMON TRANSOU, JR.,

    Defendant.

### ORDER REFUNDING CASH APPEARANCE BOND

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the ( $15,000/10%= $1500.00)appearance bond (receipt J27768) for this defendant be cancelled and discharged, and the Clerk is directed to issue a check on the Registry in the sum of $1500.00, payable to: **Shalonda Chaney, 53 Harvest Drive, Jackson, TN 38305**; in full refund of the cash appearance bond posted herein.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 25 October 2005

Approved:

THOMAS M. GOULD, CLERK OF COURT

BY: _____
    Deputy Clerk

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10/26/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 1:04-CR-10094 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT